UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
CAMERON SALMON,                                             :
:
Plaintiff,                                :
:                           22-CV-7852 (VSB)
-against-                                 :
:                                **ORDER**
STATE FARM INSURANCE COMPANY,                               :
:
Defendant.                                :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On November 21, 2022, the parties filed a proposed case management plan. (Doc. 14.) The parties failed to check the box indicating whether or not they consent "to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c)." (*Id.* at ¶ 1.) If the parties intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file the AO 85 form, available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge, on or before November 29, 2022. If the parties do not intend to consent to the exercise of jurisdiction by a United States Magistrate Judge, the parties are directed to file a corrected proposed case management plan and scheduling order on or before November 29, 2022.

SO ORDERED.

Dated: November 22, 2022
         New York, New York                    Vernon S. Broderick
                                               United States District Judge