UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CAMERON SALMON,

                             **Plaintiff,**                    22-CV-07852 (SN)

      -against-                                        **ORDER**

STATE FARM INSURANCE CO.,

                             **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 27, 2023, the Court held a conference at which Plaintiff failed to appear. The purpose of the conference was to set dates for the completion of discovery. Accordingly, the parties are directed file a joint letter with a proposed discovery schedule no later than July 5, 2023. If the parties believe a settlement conference would be productive, they can also propose dates that work for all parties in September 2023.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      June 27, 2023
                New York, New York