UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CAMERON SALMON,

                           Plaintiff,

        -against-

STATE FARM INSURANCE CO.,

                           Defendant.

------------------------------------------------------------X

22-CV-07852 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/2023

**SARAH NETBURN, United States Magistrate Judge:**

On June 27, 2023, the Court held a conference at which Plaintiff failed to appear.

Thereafter, the parties were directed to file a joint letter with a proposed discovery schedule no later than July 5, 2023. See ECF No. 30. To date, no such filing has been made.

Accordingly, the parties are ORDERED to file a joint letter no later than July 21, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 19, 2023
                New York, New York