**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 7/18/2024
```

-----------------------------------------------------------X

CAMERON SALMON,

                    **Plaintiff,**                        **22-CV-07852 (SN)**

       -against-                               **ORDER**

STATE FARM INSURANCE CO.,

                    **Defendant.**

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the parties' settlement, it is ORDERED that this action is dismissed, provided, that within sixty (60) days of this Order, counsel for the Plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                      United States Magistrate Judge

DATED:      July 18, 2024
              New York, New York